## BEVANS *v.* THACKRAH.

APPEAL from the *Cass* Circuit Court.

ELLIOTT, J.—This is a suit commenced before a justice of the peace, in which *Thackrah*, the plaintiff below, recovered a judgment against the appellant on an account for lumber. *Bevans* appealed to the Circuit Court, where judgment was again rendered against him.

One of the defenses filed by *Bevans* before the justice was a set-off, of a note executed by *Thackrah* and one *Boyer* to *George W. Bennett*, and assigned by the latter to *Bevans*.

The only question presented by the appellant is based on an alleged error of the Circuit Court in a conclusion of law,

upon a special finding of the facts in reference to the set-off.

But the record shows that before going into the trial of the cause in the Circuit Court, *Bevans* withdrew his set-off. The question presented, therefore, is wholly immaterial, and need not be considered or passed upon.

The judgment is affirmed, with five per cent. damages and costs.

*L. Chamberlain,* for appellant.

*D. D. Pratt* and *D. P. Baldwin,* for appellee.